STATE OF LOUISIANA                    NO. 24-K-398

VERSUS                               FIFTH CIRCUIT

ROBERTO LOPEZ                        COURT OF APPEAL

                                     STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

_____August 26, 2024_____

Linda Wiseman
First Deputy Clerk

**IN RE** STATE OF LOUISIANA

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE E. ADRIAN ADAMS, DIVISION "G", NUMBER 21-5762

---

Panel composed of Judges Marc E. Johnson,
Scott U. Schlegel, and Timothy S. Marcel

**WRIT GRANTED; RULING VACATED**

Relator, the State of Louisiana, seeks review of the 24th Judicial District Court's August 26, 2024 ruling denying its Motion in Limine to exclude the presentation of evidence of a subsequent accusation made by the victim that another adult male in another jurisdiction committed crimes against the victim involving inappropriate sexual conduct.

As a general rule, a party may attack the credibility of a witness by examining him or her concerning any matter having a reasonable tendency to disprove the truthfulness of his or her testimony. La. C.E. art. 607(C). In cases involving sexually assaultive behavior, however, La. C.E. art. 412 bars the introduction of evidence of the victim's past sexual behavior, except under limited circumstances as set forth in the Article. Nevertheless, the Louisiana Supreme Court has held that Article 412 is "inapplicable in sexual assault cases where defendant seeks to question witnesses regarding the victim's prior false allegations concerning sexual behavior for impeachment purposes." *State v. Smith*, 98-2045 (La. 9/8/99), 743 So.2d 199, 203.

In considering a motion in limine seeking to admit or exclude such evidence, the trial judge must evaluate the evidence presented to "determine whether reasonable jurors could find, based on the evidence presented by defendant, that the victim had made prior false accusations." *Id.* The *Smith* holding contemplates an evidentiary hearing, at which the defendant introduces evidence to the trial court

for a determination as to whether that evidence may be admitted or excluded under the applicable evidentiary rules.

*State v. Eisert*, 16-338 (La. App. 5 Cir. 6/14/16), 252 So.3d 987, 989, *writ denied*, 16-1134 (La. 6/17/16), 192 So.3d 764.

On the showing made, the writ application is granted. A review of the court record reflects that an evidentiary hearing did not occur. Pursuant to *Smith*, *supra*, the defendant is required to introduce evidence for the trial court to consider when determining "whether reasonable jurors could find...that the victim had made prior false accusations" before ruling on its admissibility. *See Eisert*, *supra*. Accordingly, the district court's ruling is vacated and the matter is remanded for an evidentiary hearing.

Gretna, Louisiana, this 26th day of August, 2024.

**MEJ**
**SUS**
**TSM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/26/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-K-398**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable E. Adrian Adams (DISTRICT JUDGE)
Anna L. Friedberg (Respondent)

Thomas J. Butler (Relator)
Mark D. Plaisance (Respondent)
Darren A. Allemand (Relator)

### MAILED

Remy V. Starns (Respondent)
Attorney at Law
301 Main Street
Suite 700
Baton Rouge, LA 70825

Marcus J. Plaisance (Respondent)
Attorney at Law
Post Office Box 1123
Prairieville, LA 70769

Honorable Paul D. Connick, Jr. (Relator)
District Attorney
Twenty-Fourth Judicial District
200 Derbigny Street
Gretna, LA 70053